# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 2, 2025

## NO. 03-24-00688-CV

**CFT Clear Finance Technology Corp. d/b/a Clearco d/b/a Clearbanc, Appellant**

**v.**

**8Fig, Inc., Appellee**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES ELLIS AND JONES
### REVERSED AND REMANDED -- OPINION BY JUSTICE JONES

This is an appeal from the interlocutory order signed by the trial court on September 30, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's interlocutory order and remands the case to the trial court with instructions to dismiss 8Fig, Inc.'s action against Clearco. 8Fig, Inc. shall pay all costs relating to this appeal, both in this Court and in the court below.